NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MELISSA ADDE,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5019

---

Appeal from the United States Court of Federal Claims in 07-CV-248, Judge Lynn J. Bush.

---

## ON MOTION

---

## ORDER

Upon consideration of Melissa Adde's motion to withdraw her appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

FOR THE COURT

__MAY 1 9 2011__                    /s/ Jan Horbaly
Date                                     Jan Horbaly
                                             Clerk

cc: Nicholas Woodfield, Esq.
      Russell A. Shultis, Esq.

s21

Issued As A Mandate: __MAY 1 9 2011__

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 9 2011

JAN HORBALY
CLERK